**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Chicago & Vicinity Laborers' District Council Pension Fund, et al.

                        Plaintiff,

v.                                          Case No.: 1:25−cv−11825

                                        Honorable Steven C. Seeger

REA Masonry, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 22, 2026:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint initial status report. (Dckt. No. [16]) The parties believe that this case can be resolved "in short order." The Court directs the parties to discuss settlement in good faith, and file a status report no later than two weeks after entry of this order. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.