# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Chicago & Vicinity Laborers' District Council Pension Fund, et al.

                Plaintiff,

v.

                Case No.: 1:25−cv−11825
                Honorable Steven C. Seeger

REA Masonry, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 11, 2026:

    MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the status report. (Dckt. No. [18]) The parties are discussing settlement. Defendant must make a settlement offer by February 18, 2026. A response is due two weeks later. And a status report is due one week later. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.