IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL WELFARE FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL RETIREE HEALTH AND WELFARE FUND, and CATHERINE WENSKUS, not individually but as Administrator of the Funds, <br><br> Plaintiffs, <br><br> v. <br><br> REA MASONRY, LLC., an Illinois limited liability company, <br><br> Defendant. | Case No. 25-cv-11825 <br><br> JUDGE SEEGER |

## PARTIES' JOINT STATUS REPORT

NOW COME Plaintiffs, Chicago & Vicinity Laborers' District Council Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers District Council Retiree Health and Welfare Fund, and Catherine Wenskus, not individually, but as Administrator of the Funds, (herein after referred to as the "Funds,") by their attorney, G. Ryan Liska, and Defendant REA Masonry, LLC ("Company") by through its attorney Todd A. Miller of the firm of Allocco, Miller & Cahill and hereby submit the Parties' Joint Status Report. In support of this Report, the Parties state as follows:

1. On February 11, 2026, the Court entered a minute order requiring the parties to exchange settlement correspondence. (Docket No. 19). The parties resolved the case, the resolution being the entry of an agreed judgment. The parties arrived at a judgment amount and are currently

working through the terms of a judgment payment agreement. The parties anticipate submitting the agreed judgment order by the end of this week.

Date: March 16, 2026

Respectfully submitted,

| | |
|---|---|
| Laborers' Pension Fund et al. | REA Masonry, LLC |
| /s/ G. Ryan Liska<br>Attorney for Plaintiffs | /s/ Todd A. Miller<br>Attorney for Defendants |
| Office of Fund Counsel<br>Laborers Pension and Welfare Funds<br>11465 Cermak Road<br>Westchester, IL  60154 | Allocco Miller & Cahill, P.C.<br>20 N. Wacker Drive, Suite 3517<br>Chicago, IL 60606 |