**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL WELFARE FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL RETIREE HEALTH AND WELFARE FUND, and CATHERINE WENSKUS, not individually but as Administrator of the Funds, | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 25-cv-11825 |
| v. | ) ) | Hon. Steven C. Seeger |
| REA MASONRY, LLC, | ) ) ) | |
| Defendant. | ) | |

**FINAL JUDGMENT ORDER**

Plaintiffs Chicago & Vicinity Laborers' District Council Pension Fund, Laborers'

Welfare Fund of the Health and Welfare Department of the Construction and General Laborers'

District Council of Chicago and Vicinity, the Chicago Laborers District Council Retiree Health

and Welfare Fund, and Catherine Wenskus, not individually, but as Administrator of the Funds,

(herein after referred to as the "Plaintiff Funds") and Defendant REA Masonry, LLC ("REA")

have agreed to the entry of final judgment in favor of the Plaintiff Funds and against Defendant

REA, which the Court hereby accepts and adopts as followed.

IT IS HEREBY ORDERED THAT:

1. Judgment is entered on Counts I, II, and III of the Complaint in favor of Plaintiff

Funds and against Defendant REA Masonry, LLC in the amount of $76,850.38.

2. Plaintiff Funds agree to stay collection proceedings as provided for in 735 ILCS

5/2-1402 against REA on this agreed judgment and the judgment entered against REA in Case

No. 24 cv 07220 (N.D. Ill.) so long as: (a) REA remains current with its submission and

payment of monthly fringe benefit and union dues contribution reports and payment of any

liquidated damages assessed after the date of this judgment order until the judgment referenced

in paragraph (1) above is paid in full; and (b) REA remains current on and completes all monthly

judgment payment obligations contained in the Settlement Agreement;

Date: April 21, 2026

_____

Steven C. Seeger
United States District Judge