**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CHICAGO & VICINITY LABORERS'** | ) | |
| **DISTRICT COUNCIL PENSION FUND, et al.,** | ) | **Case No. 25-cv-11825** |
| | ) | |
| **Judgment Creditor,** | ) | |
| v. | ) | **JUDGE SEEGER** |
| **REA MASONRY, LLC., an** | ) | |
| **Illinois limited liability company,** | ) | |
| | ) | |
| **Judgment Debtor,** | ) | |
| | ) | |
| **BEVERLY BANK & TRUST COMPANY** | ) | |
| | ) | |
| **Third Party Respondent.** | ) | |

**RELEASE OF THIRD PARTY CITATION**

NOW COME Plaintiffs, Chicago & Vicinity Laborers' District Council Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers District Council Retiree Health and Welfare Fund, and Catherine Wenskus, not individually, but as Administrator of the Funds, (herein after referred to as the "Funds,") by their attorney, G. Ryan Liska, and present its Release of Third-Party Citation which states as follows:

1.      The Funds initiated collection proceedings against REA Masonry, LLC ("REA") and served a third-party citation on Beverly Bank & Trust Company ("Bank") on May 8, 2026. The Bank placed a hold on REA's accounts and issued a written response to the citation.

2.      After negotiations with REA, the Funds agreed to withdraw/release the third-party citation issued to the Bank. As part of their operating procedures, the Bank requested the Funds file this written release with the Court.

May 15, 2026

Chicago & Vicinity Laborers' District
Council Pension Fund, et al.

By: /s/ G. Ryan Liska

G. Ryan Liska
Office of Fund Counsel
11465 W. Cermak Road
Westchester, IL 60154
(312) 692-1540